**Opinion issued January 23, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-19-00708-CV
_____

### MICHELLE HUNTER, Appellant

### V.

### SCPP PARK ROW LLP, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1140124**

---

### MEMORANDUM OPINION

Appellant, Michelle Hunter, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary

dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss